UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>CURTIS A. ENNIS )<br>)<br>Defendant. )<br>) | Criminal Action No. 04-258 (RMC)<br><br>**FILED**<br>APR 1 2 2012<br>Clerk, U.S. District and<br>Bankruptcy Courts |

### ORDER

The Court adopts the Report and Recommendation issued by Magistrate Judge John M. Facciola on April 4, 2012. It is hereby

**ORDERED** that Defendant's supervised release is **REVOKED**; and it is

**FURTHER ORDERED** Defendant is sentenced to 90 days imprisonment.

**SO ORDERED.**

Date: April 11, 2012

ROSEMARY M. COLLYER
United States District Judge